# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN THE MATTER OF THE
SUCCESSION OF GARRETT J.
CLAYBOURN

NO.   2022 CW 0657

**SEPTEMBER 27, 2022**

---

In Re:    Maria A. Finley, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 109268.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**CHH**

　　　　**Chutz, J.,** dissents and would grant the writ application.
I would find that Maria Finley, a solo practitioner, has the
right to represent herself and her law firm. Accordingly, I
would grant the writ application, reverse the trial court's
April 27, 2022 judgment, and deny the motion to disqualify filed
by Frances Elizabeth Claybourn.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT